1999-KA-000521-SCT